# EXHIBIT A

NYSCEF
New York County Supreme Court

**Document List**
**Index #   154151/2020**

Created on:07/09/2020 03:16 PM

---

Case Caption:   **HYATT EQUITIES, L.L.C. v. CAPITAL ONE FINANCIAL CORPORATION D/B/A CAPITAL ONE BANK D/B/A CAPITAL ONE et al**

Judge Name:

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|------|---------------------------|--------|---------------|----------|
| 1 | SUMMONS + COMPLAINT<br>Summons and Verified Complaint | Processed | 06/10/2020 | Kane, P. |
| 2 | EXHIBIT(S)<br>Premises | Processed | 06/10/2020 | Kane, P. |