UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

HYATT EQUITIES, LLC,

                         Plaintiff,

-against-

CAPITAL ONE FINANCIAL CORPORATION
D/B/A CAPITAL ONE BANK D/B/A CAPITAL
ONE AND "XYZ CORP.",

                         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

20 Civ. 5299 (GBD) (KNF)

GEORGE B. DANIELS, District Judge:

     The November 19, 2020 conference is cancelled. This Court will hear oral argument on Defendants' Motion to Dismiss, (ECF No. 14), on April 1, 2021, at 10:30 a.m.

Dated: November 10, 2020
         New York, New York

                                                    SO ORDERED.

                                                    GEORGE B. DANIELS
                                                    UNITED STATES DISTRICT JUDGE