UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

HYATT EQUITIES, LLC,

                Plaintiff,

-against-

CAPITAL ONE FINANCIAL CORPORATION
D/B/A CAPITAL ONE BANK D/B/A CAPITAL
ONE AND "XYZ CORP.",

                Defendants.

------------------------------------ x

ORDER

20 Civ. 5299 (GBD) (KNF)

GEORGE B. DANIELS, District Judge:

    This April 1, 2021 oral argument is cancelled.

Dated: January 29, 2021
         New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE